IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JARMER ROBERSON**                                                                                      **PLAINTIFF**

v.                                    Case No. 4:20-cv-00811-KGB-PSH

**BRYANT SLAUGHTER,** *et al.*                                                                  **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 117). Plaintiff Jarmer Roberson has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, adopted in their entirety as this Court's findings in all respects (*Id.*).

The Court therefore grants defendants Bryan Slaughter, Akins, Dillard, and Jim Glennon's motion for contempt citation requesting dismissal (Dkt. No. 109). The Court dismisses without prejudice Mr. Roberson's claims against defendants and denies the relief he seeks. The Court denies as moot Mr. Roberson's motion for settlement conference (Dkt. No. 77).

It is so ordered, this 28th day of February, 2022.

*/s/ Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge