IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JARMER ROBERSON**                                                                             **PLAINTIFF**

v.                              Case No. 4:20-cv-00811-KGB-PSH

**BRYANT SLAUGHTER,** *et al.*                                      **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Jarmer Roberson's complaint is dismissed without prejudice for failure respond to discovery requests and failure to comply with this Court's order compelling such responses. The relief sought is denied.

So adjudged this 28th day of February, 2022.

*/s/ Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge